# IN THE UNITED STATES BANKRTUPCY COURT FOR THE

## WESTERN DISTRICT OF MISSOURI

## DIVISION I

| | |
|---|---|
| In re:<br><br>WESTERN ROBIDOUX, INC.,<br>Chapter 7 Debtor. | Case No. 19-50505-btf7 |
| WESTERN ROBIDOUX, INC.,<br>Plaintiff,<br><br>v.<br><br>CEVA ANIMAL HEALTH, LLC,<br>Defendant. | Adv. No. 21-04008-btf |
| WESTERN ROBIDOUX, INC.,<br>Plaintiff,<br><br>v.<br><br>BOEHRINGER INGLEHEIM ANIMAL HEALTH USA, INC.,<br>Defendant. | Adv. No. 21-04009-btf |

## DECLARATION OF ANDREW GRIMM

## IN SUPPORT OF OBJECTIONS TO THE MOTION

## TO APPROVE PROPOSED SETTLEMENT

## OF DEBTOR'S ADVERSARY ACTIONS

1

## DECLARATION OF ANDREW GRIMM

I, Andrew Grimm, an attorney at the DIGITAL JUSTICE FOUNDATION, a nonprofit law firm, and counsel for unsecured judgment creditors Mr. Breht Burri, TooBaRoo, LLC, and InfoDeli LLC, hereby make this Declaration in support of their objections to the pending motion to approve a proposed settlement of the bankruptcy estate's adversary actions against adversary defendants BIVI / BIAH and Ceva.

The following statements are true to the best of my knowledge, information, and belief, and I could testify to them if called as a witness:

**1.**     On Tuesday, August 30, 2022, I spoke with the Chapter 7 Trustee, Ms. Jill Olsen, about this case for approximately 90 minutes.  During the call, Ms. Olsen gave me a high-level overview of her view of the status of the estate and the size of the administrative claims that would, in her estimation, be made against the estate.

**2.**     Among other topics discussed, such as how we might settle this matter on a global basis, Ms. Olsen discussed how she views the adversary actions as presenting two different expert reports and methodologies for determining the date of WRI's insolvency.  I have not been privy to these expert reports so am unable to give my own assessment of the reports at this time or consider their relative merits and their impact upon the adversary actions overall.

**3.**     On or about Thursday, September 1, 2022, I spoke with counsel for the pre-petition owners and equity holders, Mr. Vincent O'Flaherty.  I spoke with Mr. O'Flaherty regarding the motion to approve the settlement and the possibility of mediation between our respective clients. Mr. O'Flaherty indicated to me that he was unaware of the implications of the motion to approve the settlement on this bankruptcy case overall and also told me that he had not discussed the pending motion with his client.  Other statements he made suggested to me that his co-counsel had not spoken with their clients regarding the motion to approve the settlement pending before this Court either.

**4.** My clients, Mr. Breht Burri, TooBaRoo, LLC, and InfoDeli LLC are ready, willing, able to supply contingency counsel for the litigation of these adversary actions. I understand that there is case law where courts have permitted creditors' counsel to pursue adversary actions on a derivative basis where the estate is unwilling or unable to do so. I personally would be willing to litigate the adversary actions on a contingency basis. My co-counsel at the Digital Justice Foundation, Gregory Keenan, would also be willing to litigate the adversary actions on a contingency basis. In addition, I have spoken to a lawyer, Mr. Ryan Hamilton, who does not represent any parties in this case in any way and, to the best of my knowledge, has no other knowledge of the litigation among the parties in the Federal, State, and Bankruptcy courts other than a brief description I gave him in inquiring whether he would be interested in serving as contingency counsel. (I have served with Mr. Hamilton as co-counsel in other matters, but I am not aware of any connection he has to this matter. He does not represent Mr. Breht Burri, TooBaRoo, LLC, or InfoDeli LLC in any capacity.) Mr. Hamilton has also indicated his willingness to prosecute the adversary actions on a contingency basis.

**5.** I believe that the adversary defendants would pay any judgment that resulted from the estate's victory in the adversary actions. After all, the alternative is to sit for an examination of assets and face execution of a judgment. If I am wrong, however, I would be willing to serve as a contingency counsel in the examination of adversary defendants' assets and the subsequent execution of any adversary judgment against them. My co-counsel, Mr. Gregory Keenan, has indicated that he would also be willing to do so, in furtherance of the interests of the estate.

**6.** I have spoken with two valuation experts who have expressed an interest in offering an expert report and/or providing expert witness testimony in this case for a very modest price. One is a Harvard Business School graduate who performs corporate valuations as her primary profession. She has overseen numerous multimillion-dollar corporate acquisitions and transactions. The other is an investment professional who regularly performs corporate valuations. On information and belief, her investment firm manages billions of dollars in assets and she plays

a major role in their valuation and investment decisions. Each has expressed an interest as serving as an expert in this matter should the expert currently retained be too expensive for the estate to continue to retain. I believe that their services would far below-market prices for experts of their caliber.

     **7.**     Ms. Olsen sent me various materials related to the case and the current status of the bankruptcy estate. I have attached a true and correct copy of a letter and other materials she has sent to me over email on September 7, 2022, regarding the financial status of the Estate as **Exhibit A**. (The letter was initially sent as a Word document and I made it into a pdf document to attach to this Declaration.)

     **8.**     I also represent Mr. Breht Burri and InfoDeli LLC on their copyright claims in three appeals currently pending before the Eighth Circuit. The estate/WRI and the adversary defendants (BIVI / BIAH and Ceva) are appellees in two of these appeals and the estate/WRI is the appellant in the third. In these appeals, there have been a number of relatively recent additional filings—an answering brief on fees, a complex jurisdictional motion, and a jurisdictional reply . Therefore, I anticipate that there will be additional administrative expenses beyond those already charged to the estate and disclosed in Ms. Olsen's letter to me regarding the financial status of the estate.

     **9.**     In my opinion, and after careful reflection, I believe there are ways that the estate could win significant sums (more than what WRI paid to BIVI and Ceva) on its adversary claims without expert testimony. One possible theory is that, even if the estate/WRI was solvent in all relevant periods, BIVI and Ceva still breached by not indemnifying the fees and costs of the estate in litigation..

     **10.**     I have attached a true and correct copy of a document that I downloaded from a BIVI / BIAH-related website as **Exhibit B.** Here are links to what appear to be the parent company's Summary Report and Group Management Report.

     **11.**     I have attached a true and correct copy of a press release that I downloaded from a Ceva-related website as **Exhibit C.** A Ceva press release can be found here.

**12.**    My clients would be willing to attend a global mediation with the other parties in this bankruptcy case to see if there is a possible larger scope of resolution that could be achieved among the parties while all of the parties are still in the bankruptcy litigation.  I believe this would be a likelier path to a larger resolution than the piecemeal proposal that is offered in the pending motion.

I hereby declare that the above statements in this Declaration are true to the best of my knowledge and belief, and that I understand that these statements are made for use as evidence in court and are subject to penalty for perjury.

DATED: September 13, 2022                Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Unsecured Creditors Mr. Breht Burri,*
*TooBaRoo, LLC, and InfoDeli, LLC*

5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via this Court's CM/ECF system to other counsel of record.

DATED: September 13, 2022                Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm