# Exhibit A

Trustee Materials Regarding
the Estate's Current Financial Status

# JILL D. OLSEN, TRUSTEE

**118 N. Conistor Ln, Suite B #290**
**Liberty, MO  64068**
**E-Mail:  trustee@olsenlawkc.com**

**Phone:  (816) 521-8811**                                    **Fax:  (816) 278-9493**

September 7, 2022

Andrew Grimm
Digital Justice Foundation
Via email: andrew@digitaljusticefoundation.org

Re:    **Bankruptcy Case No. 19-50505-btf**
      **Western Robidoux, Inc.**

Dear Mr. Grimm:

This is being sent in response to your email of September 4, 2022, wherein you informed me that you intended to object to my proposed settlement with Boehringer Ingleheim and CEVA and requested the following information: (1) the money and assets in the estate, (2) the value of the claims against the estate, especially the priority claims and administrative claims by Mr. Blegen, Mr. Kronawitter, and Mr. Weber, and (3) any pending work that was done for which claims have not yet been made.

As to the money and assets in the estate, this can be found on my trustee's interim report, Form 1 and Form 2. I've attached copies for you.  As you can see, as of today, the estate bank account has a balance of $823,264.86.

As to the claims against the estate, these can generally be found on the court's claim register in CM/ECF.  A copy of the claims register is attached.  It is my understanding that the secured claim of Nodaway Bank was paid from the auction proceeds during the Chapter 11, so I will be objecting to this claim.  Also, the claims filed on behalf of Breht Burri and his entities, TooBaRoo and InfoDeli appear to be duplicative and overstated based upon the current status of the litigation. Barring any settlement that may eventually be reached, I would anticipate objecting to these claims on that basis.

The amended claim of Burri Properties LLC filed on 9-14-21 for $658,600 is solely for the pre-petition rent and rejection of lease damages and is an unsecured claim.  According to Janice Stanton, counsel for Burri Properties, an additional claim will be filed for the post-petition rent, which will be a priority administrative expense claim.  I do not yet have the amount of this claim, but based upon the filings with the court, I anticipate it to be approximately $220,000. Claim #20 for Boehringer Ingelheim and Claim #22 for Ceva will be withdrawn once the bankruptcy court approves the settlement.  These claims total $1,968,677.80, with $1,092,659.75 asserted as priority claims.

There are also claims against the estate for various attorney's fees, which have either (a) been allowed per order of the court; or (b) for which approval has been sought and is pending; or (c) for which approval will be sought in the future. This includes the pending work that was done for which claims have not yet been made. All of these would be priority claims.

The fees owed to German May of $300,645.50 were approved by the court and a balance of $250,645.50 remains unpaid as a priority claim. Mr. Weber has filed a fee application for $48,934.61, which would be a priority claim. The court has not yet ruled on this application. As of July 30, 2022, Mr. Blegen's outstanding legal fees were $93,760.02. I have not yet filed a fee application to approve Mr. Blegen's fees but intend to do so. The final fees of Mr. Kronawitter have not yet been submitted to my office, but I believe, based upon my discussions, that they will be between $300,000-$350,000. Once I receive the final fee statements, I will file the application to approve those fees.

Finally, there are fees for the accountant to prepare the yearly corporate tax returns. These are a priority expense, and the fees are $14,175. I will be filing a motion to approve these fees soon. The corporate taxes owing for 2021 are $20,307 federal and $3,533 to Missouri and these will be paid from the funds in the bank account.

If you have any questions, please contact me.

Sincerely,

*/s/ Jill D. Olsen*

Jill D. Olsen

Enclosures

CM/ECF Western Missouri Bankruptcy      https://ecf.mowb.uscourts.gov/cgi-bin/SearchClaims.pl?1228534458789...

Case 21-04008-btf    Doc 55-2    Filed 09/16/22    Entered 09/16/22 19:10:43    Desc
Exhibit Grimm Declaration Exhibits    Page 4 of 43

# Western District of Missouri
# Claims Register

### 19-50505-btf7 Western Robidoux, Inc. Converted 07/07/2021

| | |
|---|---|
| **Bankruptcy Judge:** Brian T. Fenimore | **Chapter:** 7 |
| **Office:** Kansas City | **Last Date to file claims:** |
| **Trustee:** Jill D. Olsen | **Last Date to file (Govt):** |

---

*Creditor:*    (16572033)
Nodaway Valley Bank
Husch Blackwell LLP
Attn: Christopher Miles
4801 Main Street, Suite 1000
Kansas City, MO 64112

**Claim No: 1**
*Original Filed Date*: 10/29/2019
*Original Entered Date*: 10/29/2019

*Status:*
*Filed by:* CR
*Entered by:* ePOC
*Modified:*

Amount claimed: $100240.97
Secured claimed: $100240.97

*History:*

Details   ⊕   1-1   10/29/2019 Claim #1 filed by Nodaway Valley Bank, Amount claimed: $100240.97 (ePOC)

*Description:*
*Remarks:* (1-1) Account Number (last 4 digits):0142

---

*Creditor:*    (16577185)
Uline, Inc.
12575 Uline Drive
Pleasant Prairie WI 53158

**Claim No: 2**
*Original Filed Date*: 11/04/2019
*Original Entered Date*: 11/05/2019

*Status:*
*Filed by:* CR
*Entered by:* Robyn Fulks
*Modified:*

Amount claimed: $643.15
Secured claimed: $0.00
Priority claimed: $0.00

*History:*

Details   2-1   11/04/2019 Claim #2 filed by Uline, Inc., Amount claimed: $643.15 (Fulks, Robyn)

*Description:* (2-1) Goods Sold
*Remarks:*

---

*Creditor:*    (16581620)
Heidelberg USA INC
1000 Gutenberg Drive
Kennesaw, GA 30144

**Claim No: 3**
*Original Filed Date*: 11/12/2019
*Original Entered Date*: 11/12/2019

*Status:*
*Filed by:* CR
*Entered by:* Robyn Fulks
*Modified:*

*History:*

Details   3-1   11/12/2019 Claim #3 filed by Heidelberg USA INC, Amount claimed: $3355.89 (Fulks, Robyn)

*Description:* (3-1) Goods Sold
*Remarks:*

CM/ECF Western Missouri Bankruptcy      https://ecf.mowb.uscourts.gov/cgi-bin/SearchClaims.pl?1228534458789...

Case 21-04008-btf    Doc 55-2    Filed 09/16/22    Entered 09/16/22 19:10:43    Desc
Exhibit Grimm Declaration Exhibits    Page 5 of 43

Amount  claimed: $3355.89

Secured claimed:     $0.00

Priority   claimed:     $0.00

*History:*

[Details]   ●   [3-1]    11/12/2019 Claim #3 filed by Heidelberg USA INC, Amount claimed: $3355.89 (Fulks, Robyn)

*Description:* (3-1) Goods Sold

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (16587933) | **Claim No: 4** | *Status:* |
| EVERGY | *Original Filed* | *Filed by:* CR |
| PO Box 11739 | *Date:* 11/21/2019 | *Entered by:* ePOC |
| Kansas City, MO 64138-0239 | *Original Entered* | *Modified:* |
| | *Date*: 11/21/2019 | |

Amount claimed: $5131.22

*History:*

[Details]   ●   [4-1]    11/21/2019 Claim #4 filed by EVERGY, Amount claimed: $5131.22 (ePOC)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (16594047) | **Claim No: 5** | *Status:* |
| American Express National Bank | *Original Filed* | *Filed by:* CR |
| c/o Becket and Lee LLP | *Date*: 12/02/2019 | *Entered by:* Elizabeth Redmond |
| PO Box 3001 | *Original Entered* | *Modified:* |
| Malvern PA 19355-0701 | *Date*: 12/02/2019 | |

Amount claimed: $1394.38

*History:*

[Details]   ●   [5-1]    12/02/2019 Claim #5 filed by American Express National Bank, Amount claimed: $1394.38
       (Redmond, Elizabeth)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (16600996)   [History] | **Claim No: 6** | *Status:* |
| Debtor's attorney has received Returned | *Original Filed* | *Filed by:* CR |
| Mail Veri | *Date*: 12/13/2019 | *Entered by:* Robyn Fulks |
| 6120 S Gilmore, | *Original Entered* | *Modified:* |
| Fairfield OH 45014-5163; | *Date*: 12/13/2019 | |
| attempted - not known - | | |
| unable to forward | | |

Amount  claimed: $23670.53

Secured claimed:     $0.00

Priority   claimed:     $0.00

*History:*

[Details]   ●   [6-1]    12/13/2019 Claim #6 filed by Debtor's attorney has received Returned Mail Veri, Amount claimed:
       $23670.53 (Fulks, Robyn)

*Description:* (6-1) Goods Sold

*Remarks:*

CM/ECF Western Missouri Bankruptcy  https://ecf.mowb.uscourts.gov/cgi-bin/SearchClaims.pl?1228534458789...

Case 21-04008-btf Doc 55-2 Filed 09/16/22 Entered 09/16/22 19:10:43 Desc
Exhibit Grimm Declaration Exhibits Page 6 of 43

| | | |
|---|---|---|
| *Creditor:* (16565924) | **Claim No: 7** | *Status:* |
| Action Electric Corp. | *Original Filed* | *Filed by:* DE |
| 923 S. 9th Street | *Date:* 01/31/2020 | *Entered by:* Victor F. Weber |
| Saint Joseph MO 64503-0000 | *Original Entered* | *Modified:* |
| | *Date:* 01/31/2020 | |

Amount claimed: $552.00

*History:*

Details ◯ 7-1 01/31/2020 Claim #7 filed by Action Electric Corp., Amount claimed: $552.00 (Weber, Victor)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (16581620) | **Claim No: 8** | *Status:* |
| Heidelberg USA INC | *Original Filed* | *Filed by:* CR |
| 1000 Gutenberg Drive | *Date:* 01/31/2020 | *Entered by:* Robyn Fulks |
| Kennesaw, GA 30144 | *Original Entered* | *Modified:* |
| | *Date:* 01/31/2020 | |

Amount  claimed: $2780.97

Secured claimed: $0.00

Priority  claimed: $0.00

*History:*

Details ◯ 8-1 01/31/2020 Claim #8 filed by Heidelberg USA INC, Amount claimed: $2780.97 (Fulks, Robyn)

*Description:* (8-1) Goods Sold

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (16627610) | **Claim No: 9** | *Status:* |
| Clayton Paper & Distribution Inc | *Original Filed* | *Filed by:* CR |
| 1302 S 58th St | *Date:* 01/31/2020 | *Entered by:* Robyn Fulks |
| St Joseph, MO 64507 | *Original Entered* | *Modified:* |
| | *Date:* 01/31/2020 | |

Amount  claimed: $365.35

Secured claimed: $0.00

Priority  claimed: $0.00

*History:*

Details ◯ 9-1 01/31/2020 Claim #9 filed by Clayton Paper & Distribution Inc, Amount claimed: $365.35 (Fulks, Robyn)

*Description:* (9-1) Goods Sold

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (16565990) | **Claim No: 10** | *Status:* |
| K.C. Envelopes Company, Inc. | *Original Filed* | *Filed by:* CR |

*History:*

Details ◯ 10-1 02/21/2020 Claim #10 filed by K.C. Envelopes Company, Inc., Amount claimed: $418.49 (Revis, Christi)

*Description:*

*Remarks:*

CM/ECF Western Missouri Bankruptcy https://ecf.mowb.uscourts.gov/cgi-bin/SearchClaims.pl?1228534458789...

Case 21-04008-btf   Doc 55-2   Filed 09/16/22   Entered 09/16/22 19:10:43   Desc
Exhibit Grimm Declaration Exhibits   Page 7 of 43

8638 N.E. Underground Dr.          *Date*: 02/21/2020          *Entered by:* Christi Revis
Kansas City MO 64161-9721          *Original Entered*          *Modified:*
                                   *Date*: 02/21/2020

Amount claimed: $418.49

*History:*

Details     10-1   02/21/2020 Claim #10 filed by K.C. Envelopes Company, Inc., Amount claimed: $418.49 (Revis, Christi)

*Description:*

*Remarks:*

---

*Creditor:*   (16566009)          **Claim No: 11**          *Status:*
Midwest Office Supply             *Original Filed*          *Filed by:* CR
P.O. Box 7287                     *Date*: 02/24/2020        *Entered by:* Robyn Fulks
Saint Joseph MO 64507-0000        *Original Entered*        *Modified:*
                                  *Date*: 02/24/2020

Amount  claimed: $386.67
Secured claimed:    $0.00
Priority   claimed:    $0.00

*History:*

Details     11-1   02/24/2020 Claim #11 filed by Midwest Office Supply, Amount claimed: $386.67 (Fulks, Robyn)

*Description:* (11-1) goods

*Remarks:*

---

*Creditor:*   (16650893)          **Claim No: 12**          *Status:*
TooBaRoo, LLC                     *Original Filed*          *Filed by:* CR
c/o Levy Craig Law Firm           *Date*: 03/09/2020        *Entered by:* Michael M. Tamburini
4520 Main Street, Ste. 1600       *Original Entered*        *Modified:*
Kansas City, MO 64111             *Date*: 03/09/2020

Amount claimed: $1304358.09

*History:*

Details     12-1   03/09/2020 Claim #12 filed by TooBaRoo, LLC, Amount claimed: $1304358.09 (Tamburini, Michael)

*Description:*

*Remarks:*

---

*Creditor:*   (16650941)          **Claim No: 13**          *Status:*
InfoDeli, LLC                     *Original Filed*          *Filed by:* CR
c/o Levy Craig Law Firm           *Date*: 03/09/2020        *Entered by:* Michael M. Tamburini
4520 Main Street, Ste. 1600       *Original Entered*        *Modified:*
Kansas City, MO 64111             *Date*: 03/09/2020

*History:*

Details     13-1   03/09/2020 Claim #13 filed by InfoDeli, LLC, Amount claimed: $2800000.00 (Tamburini, Michael)
         174   11/05/2020 Objection to Claim Number 13 by Claimant Infodeli, LLC filed by Western Robidoux, Inc..
                          Response or Amended Claim due by 12/7/2020 (Attachments: # 1 Exhibit A Jury Verdict #
                          2 Exhibit B Judgment)(Weber, Victor (tr))

*Description:*

*Remarks:*

CM/ECF Western Missouri Bankruptcy     https://ecf.mowb.uscourts.gov/cgi-bin/SearchClaims.pl?1228534458789...

Case 21-04008-btf    Doc 55-2    Filed 09/16/22    Entered 09/16/22 19:10:43    Desc
Exhibit Grimm Declaration Exhibits    Page 8 of 43

   Amount claimed: $2800000.00

*History:*

| Details | 🌐 | 13-1 | 03/09/2020 Claim #13 filed by InfoDeli, LLC, Amount claimed: $2800000.00 (Tamburini, Michael) |

174   11/05/2020 Objection to Claim Number 13 by Claimant Infodeli, LLC filed by Western Robidoux, Inc..
Response or Amended Claim due by 12/7/2020 (Attachments: # 1 Exhibit A Jury Verdict #
2 Exhibit B Judgment)(Weber, Victor (tr))

*Description:*

*Remarks:*

| *Creditor:*   (16650943) | **Claim No: 14** | *Status:* |
| Breht Burri | *Original Filed* | *Filed by:* CR |
| c/o Levy Craig Law Firm | *Date:* 03/09/2020 | *Entered by:* Michael M. Tamburini |
| 4520 Main Street, Suite 1600 | *Original Entered* | *Modified:* |
| Kansas City, MO 64111 | *Date:* 03/09/2020 | |

   Amount claimed: $2800000.00

*History:*

| Details | 🌐 | 14-1 | 03/09/2020 Claim #14 filed by Breht Burri, Amount claimed: $2800000.00 (Tamburini, Michael) |

173   11/05/2020 Objection to Claim Number 14 by Claimant Breht Burri filed by Western Robidoux, Inc..
Response or Amended Claim due by 12/7/2020 (Attachments: # 1 Exhibit A Jury Verdict #
2 Exhibit B Judgment)(Weber, Victor (tr))

*Description:*

*Remarks:*

| *Creditor:*   (16566034) | **Claim No: 15** | *Status:* |
| River City Products Packaging | *Original Filed* | *Filed by:* CR |
| 9900 Pflumm #33 | *Date:* 04/01/2020 | *Entered by:* Christy Wilkinson |
| Lenexa KS 66215-0000 | *Original Entered* | *Modified:* |
| | *Date:* 04/01/2020 | |

   Amount claimed: $460.60

*History:*

| Details | 🌐 | 15-1 | 04/01/2020 Claim #15 filed by River City Products Packaging, Amount claimed: $460.60 (Wilkinson, Christy) |

*Description:*

*Remarks:*

| *Creditor:*   (16565947)   History | **Claim No: 16** | *Status:* |
| Burri Properties, LLC | *Original Filed* | *Filed by:* CR |
| INVALID ADDRESS | *Date:* 06/28/2021 | *Entered by:* Janice E. Stanton |
| | *Original Entered* | *Modified:* |

*History:*

| Details | 🌐 | 16-1 | 06/28/2021 Claim #16 filed by Burri Properties, LLC, Amount claimed: $191600.00 (Stanton, Janice) |
| Details | 🌐 | 16-2 | 09/14/2021 Amended Claim #16 filed by Burri Properties, LLC, Amount claimed: $658600.00 (Stanton, Janice) |

*Description:* (16-1) lease of nonresidential real estate
(16-2) rejection of lease damages and pre-petition rent owed

*Remarks:*

CM/ECF Western Missouri Bankruptcy                    https://ecf.mowb.uscourts.gov/cgi-bin/SearchClaims.pl?1228534458789...

Case 21-04008-btf    Doc 55-2    Filed 09/16/22    Entered 09/16/22 19:10:43    Desc
Exhibit Grimm Declaration Exhibits    Page 9 of 43

*Date*: 06/28/2021
*Last Amendment*
*Filed*: 09/14/2021
*Last Amendment*
*Entered*: 09/14/2021

Amount claimed: $658600.00

*History:*

Details   ⬤   16-1   06/28/2021 Claim #16 filed by Burri Properties, LLC, Amount claimed: $191600.00 (Stanton, Janice)

Details   ⬤   16-2   09/14/2021 Amended Claim #16 filed by Burri Properties, LLC, Amount claimed: $658600.00
(Stanton, Janice)

*Description:* (16-1) lease of nonresidential real estate
(16-2) rejection of lease damages and pre-petition rent owed
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (16872872) | **Claim No: 17** | *Status:* |
| Spire Missouri FKA Missouri Gas Energy | *Original Filed* | *Filed by:* CR |
| 700 Market St | *Date:* 07/19/2021 | *Entered by:* ePOC |
| C/O SPIRE BANKRUPTCY | *Original Entered* | *Modified:* |
| Saint Louis, MO 63101 | *Date:* 07/19/2021 | |

Amount claimed: $529.06

*History:*

Details   ⬤   17-1   07/19/2021 Claim #17 filed by Spire Missouri FKA Missouri Gas Energy, Amount claimed: $529.06
(ePOC)

*Description:*

*Remarks:* (17-1) Account Number (last 4 digits):0171

| | | |
|---|---|---|
| *Creditor:*   (16875316) | **Claim No: 18** | *Status:* |
| River City Products Packaging, Inc. | *Original Filed* | *Filed by:* CR |
| 9900 Pflumm Rd. | *Date:* 07/23/2021 | *Entered by:* ePOC |
| Suite 33 | *Original Entered* | *Modified:* |
| LENEXA, KS, 66215 | *Date:* 07/23/2021 | |

Amount claimed: $460.60

*History:*

Details   ⬤   18-1   07/23/2021 Claim #18 filed by River City Products Packaging, Inc., Amount claimed: $460.60 (ePOC)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (16887793) | **Claim No: 19** | *Status:* |
| Western States Envelope Co. | *Original Filed* | *Filed by:* CR |
| 6859 Commodore Dr | *Date:* 08/26/2021 | *Entered by:* ePOC |
| Walbridge, OH 43449 | *Original Entered* | *Modified:* |
| | *Date:* 08/26/2021 | |

*History:*

Details   ⬤   19-1   08/26/2021 Claim #19 filed by Western States Envelope Co., Amount claimed: $186.35 (ePOC)

*Description:*
*Remarks:* (19-1) Account Number (last 4 digits):0558

CM/ECF Western Missouri Bankruptcy      https://ecf.mowb.uscourts.gov/cgi-bin/SearchClaims.pl?1228534458789...

Case 21-04008-btf    Doc 55-2    Filed 09/16/22    Entered 09/16/22 19:10:43    Desc
Exhibit Grimm Declaration Exhibits    Page 10 of 43

Amount claimed: $186.35

*History:*

Details   ⬤  19-1   08/26/2021 Claim #19 filed by Western States Envelope Co., Amount claimed: $186.35 (ePOC)

*Description:*

*Remarks:* (19-1) Account Number (last 4 digits):0558

---

| | | |
|---|---|---|
| *Creditor:*     (16897681) | **Claim No: 20** | *Status:* |
| Boehringer Ingelheim Animal Health USA, Inc. | *Original Filed Date:* 09/22/2021 | *Filed by:* AT |
| 3239 Satellite Blvd. | | *Entered by:* Thomas Richard Fawkes |
| Duluth, GA 30096 | *Original Entered Date*: 09/22/2021 | *Modified:* |
| Attn: Aimee P. Keane | | |

Amount claimed: $1569814.66

Priority claimed: $693796.61

*History:*

Details   ⬤  20-1   09/22/2021 Claim #20 filed by Boehringer Ingelheim Animal Health USA, Inc., Amount claimed: $1569814.66 (Fawkes, Thomas)

*Description:* (20-1) Indemnification obligations under pre-petition supply agreement

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*     (16743931) | **Claim No: 21** | *Status:* |
| Aspire b.v. | *Original Filed Date*: 09/24/2021 | *Filed by:* CR |
| Hillegomstraat 12 unit 0.10 | | *Entered by:* ePOC |
| 1058 LS Amsterdam | *Original Entered Date*: 09/24/2021 | *Modified:* |
| The Netherlands | | |

Amount claimed: $6000.00

*History:*

Details   ⬤  21-1   09/24/2021 Claim #21 filed by Aspire b.v., Amount claimed: $6000.00 (ePOC)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*     (16565951) | **Claim No: 22** | *Status:* |
| Ceva Animal Health, LLC | *Original Filed Date*: 10/18/2021 | *Filed by:* CR |
| RA CT Corporation System | | *Entered by:* Michael Philip Pappas |
| 120 South Central Avenue | *Original Entered Date*: 10/18/2021 | *Modified:* |
| Saint Louis MO 63105-0000 | | |

Amount claimed: $398863.14

Priority claimed: $398863.14

*History:*

Details   ⬤  22-1   10/18/2021 Claim #22 filed by Ceva Animal Health, LLC, Amount claimed: $398863.14 (Pappas, Michael)

*Description:*

*Remarks:*

## Claims Register Summary

CM/ECF Western Missouri Bankruptcy    https://ecf.mowb.uscourts.gov/cgi-bin/SearchClaims.pl?1228534458789...

Case 21-04008-btf    Doc 55-2    Filed 09/16/22    Entered 09/16/22 19:10:43    Desc
Exhibit Grimm Declaration Exhibits    Page 11 of 43

**Case Name:** Western Robidoux, Inc.

**Case Number:** 19-50505-btf7

**Chapter:** 7

**Date Filed:** 10/19/2019

**Total Number Of Claims:** 22

| | |
|---|---|
| **Total Amount Claimed*** | $9678212.12 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $100240.97 | |
| **Priority** | $1092659.75 | |
| **Administrative** | | |

---

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/07/2022 16:13:37 | | |
| **PACER Login:** | jo1801w7 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 19-50505-btf7 Filed or Entered From: 1/1/2001 Filed or Entered To: 9/7/2022 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt Court Order |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:  2-1

**Case No.:**  19-50505- BTF

**Case Name:**  Western Robidoux, Inc.

**For Period Ending:**  09/07/2022

**Trustee Name:**  (450110) Jill D. Olsen

**Date Filed (f) or Converted (c):**  07/07/2021 (c)

**§ 341(a) Meeting Date:**  09/23/2021

**Claims Bar Date:**  10/18/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Account at Nodaway Valley Bank checking (See Footnote) | 901,970.14 | 901,970.14 | | 897,906.95 | FA |
| 2* | Account at Nodaway Valley Bank Checking (See Footnote) | 22.67 | 22.67 | | 0.00 | FA |
| 3* | Account at Citizens State Bank and Trust Savings (See Footnote) | 62,985.21 | 62,985.21 | | 0.00 | FA |
| 4* | A/R 90 days old or less. Face amount = $292,528.97. Doubtful/Uncollectible accounts = $0.00. (See Footnote) | 6,232.66 | 6,232.66 | | 1,974.91 | FA |
| 5* | Raw Materials: Paper, Net Book Value: $15,000.00 (See Footnote) | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 6 | Other inventory or supplies: See Exhibit A, Net Book Value: $0.00 | 9,764.12 | 9,764.12 | | 0.00 | 9,764.12 |
| 7* | Corn Popper. Valuation Method: Replacement (See Footnote) | 826.00 | 826.00 | | 0.00 | FA |
| 8* | Wireless Intercom. Valuation Method: Replacement (See Footnote) | 62.00 | 62.00 | | 0.00 | FA |
| 9* | Computer Desk and Chair. Valuation Method: Replacement (See Footnote) | 887.00 | 887.00 | | 0.00 | FA |
| 10* | Desk and Shelves. Valuation Method: Replacement (See Footnote) | 650.00 | 650.00 | | 0.00 | FA |
| 11* | Type Fonts. Valuation Method: Replacement (See Footnote) | 694.00 | 694.00 | | 0.00 | FA |
| 12* | Desk. Valuation Method: Replacement (See Footnote) | 597.00 | 597.00 | | 0.00 | FA |
| 13* | Computer Desk. Valuation Method: Replacement (See Footnote) | 852.00 | 852.00 | | 0.00 | FA |
| 14* | Floor Cleaner. Valuation Method: Replacement (See Footnote) | 2,048.00 | 2,048.00 | | 0.00 | FA |
| 15* | Chair. Valuation Method: Replacement (See Footnote) | 309.00 | 309.00 | | 0.00 | FA |
| 16 | File Cabinet. Valuation Method: Replacement | 121.00 | 121.00 | | 215.00 | FA |
| 17* | Wet Bar. Valuation Method: Replacement (See Footnote) | 550.00 | 550.00 | | 0.00 | FA |
| 18* | Desk and File Cabinet. Valuation Method: Replacement (See Footnote) | 1,162.00 | 1,162.00 | | 0.00 | FA |
| 19* | Art Cabinet Chair. Valuation Method: Replacement (See Footnote) | 1,279.00 | 1,279.00 | | 0.00 | FA |
| 20* | Office Chair Conn. Valuation Method: Replacement (See Footnote) | 286.00 | 286.00 | | 0.00 | FA |
| 21* | Six Chair Mats. Valuation Method: Replacement (See Footnote) | 122.00 | 122.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case No.:**   19-50505- BTF

**Case Name:**   Western Robidoux, Inc.

**For Period Ending:**   09/07/2022

**Trustee Name:**   (450110) Jill D. Olsen

**Date Filed (f) or Converted (c):**   07/07/2021 (c)

**§ 341(a) Meeting Date:**   09/23/2021

**Claims Bar Date:**   10/18/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22* | Desks; Framed Pictures; Chairs; Desk MCA 5000 MCA); Office Furniture; Computer Desk; Office Chairs; Office Carpet; Speaker System; Shelf Units; CD Storage Cabinet; Bombay Company; BetaColor4 and 2; 1551 Compact Twin; PC Connection Desk; 3 Extra Telephones. Valuation Method: Replacement (See Footnote) | 38,495.95 | 38,495.95 | | 0.00 | FA |
| 23* | 2 Executive Desks-NE; Office Furniture; 42" Lateral -5 Drawer File Cabinet; Office Chairs; Credenza; Lateral 5 Drawer File Cabinet; Telephone System; C320DN Color Printer;. Valuation Method: Replacement (See Footnote) | 17,222.04 | 17,222.04 | | 53.00 | FA |
| 24* | Office Furniture. Valuation Method: Replacement (See Footnote) | 166.05 | 166.05 | | 0.00 | FA |
| 25* | Desk. Valuation Method: Replacement (See Footnote) | 466.31 | 466.31 | | 0.00 | FA |
| 26* | Chairs. Valuation Method: Replacement (See Footnote) | 460.04 | 460.04 | | 0.00 | FA |
| 27* | Liberty Lincoln Safe. Valuation Method: Replacement (See Footnote) | 3,764.76 | 3,764.76 | | 0.00 | FA |
| 28* | Various pieces of office furniture. (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 29 | Imac Superdrive computer. Valuation Method: Replacement | 1,970.89 | 1,970.89 | | 0.00 | 1,970.89 |
| 30 | Computer and Monitor. Valuation Method: Replacement | 999.47 | 999.47 | | 240.00 | 759.47 |
| 31 | Dell Computer (Micro Cen). Valuation Method: Replacement | Unknown | 1,831.18 | | 0.00 | 1,831.18 |
| 32* | Metrix 2012.03 Software. Valuation Method: Replacement (See Footnote) | 33,440.25 | 33,440.25 | | 0.00 | FA |
| 33* | X-Rite Software. Valuation Method: Replacement (See Footnote) | 7,948.00 | 7,948.00 | | 0.00 | FA |
| 34* | 2 D-Link SmartPro Switch. Valuation Method: Replacement (See Footnote) | 2,372.25 | 2,372.25 | | 0.00 | FA |
| 35* | 2 IPhone 6. Valuation Method: Replacement (See Footnote) | 2,592.71 | 2,592.71 | | 0.00 | FA |
| 36 | 2 Imac21. Valuation Method: Replacement | 2,979.40 | 2,979.40 | | 0.00 | 2,979.40 |
| 37* | Apple Computer. Valuation Method: Replacement (See Footnote) | 977.48 | 977.48 | | 0.00 | FA |
| 38* | Apple 215 IMAC. Valuation Method: Replacement (See Footnote) | 1,681.33 | 1,681.33 | | 0.00 | FA |
| 39 | Various pieces of office equipment. | Unknown | 0.00 | | 0.00 | FA |
| 40 | Office Equipment in the possession of Breht Burri. | Unknown | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case No.:**   19-50505- BTF

**Case Name:**   Western Robidoux, Inc.

**For Period Ending:**  09/07/2022

**Trustee Name:**   (450110) Jill D. Olsen

**Date Filed (f) or Converted (c):**   07/07/2021 (c)

**§ 341(a) Meeting Date:**   09/23/2021

**Claims Bar Date:**   10/18/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 41* | 2005 International Truck. Valuation Method: Replacement (See Footnote) | 19,754.00 | 19,754.00 | | 0.00 | FA |
| 42* | 2015 Ford Cargo Van. Valuation Method: Replacement (See Footnote) | 43,394.69 | 43,394.69 | | 0.00 | FA |
| 43* | Shelving for Plent ($1.00)j Neiler Finish File ($0.95); Water Mizer ($0.08); Electric Drill ($0.86); Tall Storage Cabinet ($0.46); Mail Machine w/SC ($0.27); Step Ladder ($0.17)' 6 Ft Ladder ($0.83); 5" Bench Grinder ($0.41); Forklift ($0.67); Refrigerator ($0.25): Air Filter for Prep ($0.89); 9 Cu Ft. Microwave ($0.44); Flard Drive ($0.49); Duplo DC 10 A Tow ($5,265.00); Polar 66 Paper Cutter & DC ($1,922.86); 30 K Main Processor ($63.04); Welder & Plasma Cutter ($257.96); Pkg Arcstation 60SX w/Acc ($72.50); Shelving Warehouse Bldg ($205.13);SM52/XL & QM46 Punch Set ($223.12); XL 75-5+L-F Press ($56,940.56); Multimatic 200 Kit ($32.98); Muller Martini Apollo St. ($589.71); UV Lamp and Software ($2,008.09); XL 75-5 L-F Simo Sheet Cle ($580.12); Medium Clincher Plate ($404.02); Superior PFIS XMI Friction ($609.79); Generators ($282.22); Shelving for Bldg. 3 ($274.51); Rebuilt OS-1020 Sealer ($879.94); Teardrop Upright Beams ($288.51); Bar Code Machine ($315.31)1 Shelving ($256.08); Mercure Model 720 Saturn ($1,386.03); Mutoh Value Jet 1618 ($5,905.58); Space Humidifier ($545.22); Feeder/Dropper/Conveyor ($2,231.21). Valuation Method: Replacement (See Footnote) | 1,546,309.87 | 1,546,309.87 | | 635.00 | FA |
| 44* | Rol Lift T 5000 2748 ($520.00); Joiner-Planer Equipment ($1,059.00); Shelving for Prep ($678.00); 7AW Stitcer Serial ($4,396.00); Contract Table SA ($836.00); Dust Collector ($518.00); Inserts for Table ($65.00); Shelves for Paper ($449.00); Upright Racks ($222.00); A-Heidelberg SpeedM ($375,000.00); Quickmaster 2 Col ($53,900.00); Blanket Gauge ($1,117.00); Powermac 7600/132 ($6,190.00); St. Photo New Yor ($387.00); Super Blue 2 Syst ($1,015.00); Alarm System ($1,475.00); Paper Counting Supp. ($2,175.00); Security TV Monitor (1,400.00); Envelope Feeder ($7,557.00); Tripplite Smart 22 ($949.00); Paper Counter SCA ($725.00); Top Load Steam F ($1,598.00); M173 Cutter ($26,443.00); Stream Envelope ($1,658.00); 55" X-Acto St Rotar ($1,640.00); Seal Image 400 ($11,298.00); SVR WKGRP 533 WS ($6,739.00); Auto Scanning Spe ($2,000.00); Power Line Conditi ($700.00); Shaper ($1,199.00); 15' Planer 708529 ($1,281.00); 2 Infared Dryers ($8,048.00); Four A/C Units ($2,146.00); Wolf Camera Lens ($214.00); Gateway Bookbinder ($1,077.00); ShrinkWrap Machine ($5,000.00); Duplo Collator ($17,350.00); Smartups 22000 ($1,013.00); Roller Conveyor ($757.00); Skywell System ($7,757.00). Valuation Method: Replacement (See Footnote) | 559,362.00 | 559,362.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page:  2-4

**Case No.:**  19-50505- BTF

**Case Name:**  Western Robidoux, Inc.

**For Period Ending:**  09/07/2022

**Trustee Name:**  (450110) Jill D. Olsen

**Date Filed (f) or Converted (c):**  07/07/2021 (c)

**§ 341(a) Meeting Date:**  09/23/2021

**Claims Bar Date:**  10/18/2021

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 45* | Wagner Rule Pull ($501); STD Notcher ($2,373); A-Heidelberg SpeedM ($670,150); Bruce Elec TZH12S ($1,600); Water Treatment S ($2,535); 6 Pultra Meter ($758); J-36 Sabematic Saw ($5,000); Ritz Camera Umbrella ($544.89); Canon EOS 3 Body ($1,180.10); APO Canon AF80 ($629.98); Camcorder Mini DV ($2,288.90); Canon EOS D60 Dig ($2,199.99); Steve Leavitt ($635); On Speeklite Trans ($232.05); CD Burner w/Auto ($5,096); Adorama - Canon ($647.35); Model 1550 Presto ($124,903.30); Spiron 822 Pentium ($2,482.62); Popcorn Supply ($450);Sekonic L-608 Zoom IV ($1,389.30); Photoflex 2-Box Starlite ($1,660.70); Canon 28-135MM. Sig ($1,051.30); Photoflex Starlite/Silver ($1,059.85); Air Compressor ($1,750); Tripod ($315); Fork Truck ($8,000); Cisco 501 Firewall ($574.60); Lighting Equipment ($537.38); Bobst 900 ($72,500); Counting Scales ($1,373); Pneumatic Qucknick ($739.85); Conversion Kit & Supplies ($1,941.35); Tool Chest ($835.13); Tools and HF Tools ($1,983.48); High Speed Printer ($10,500); Digital Camera ($677.70); 2 Power Macs ($4,000.66); Hot Melt Gluing System ($18,846); Envelope Feeder $7,848.29); Refrigerated Air Dryer ($1,068.09); Helmold Rule Cutter ($856.97); Presarto SR123 ($698.58); North Shore - Shelving ($1,876.52); Disc Maker ($1,790); Sony DVD Burner ($534.02). Valuation Method: Replacement (See Footnote) | 299,138.10 | 299,138.10 | | 0.00 | FA |
| 46* | Compact Flash B-7133 ($8,108.71); Canon 100-400MM SE ($1,409.95); Canon 70-200MM 2.8L ($1,699.95); 12" Slidemite & Jointer ($1,134.03); Wimberly WH101 ($726.10); Reflex Max & DVD ($4,470); Rebuilt Stimpson 769 ($4,797.10); Enterthon Lifter ($1,750); SPEL Sterling Minibinder ($6,500); Robatech Plug & Play ($8,292.63); Canon 100MM F/2.8 ($510.20); Space Humidifier 72# ($2,500); Ramproof Direct ($19,151.56); Bogen Complete DLX ($1,070.90); Speedotron 2403 ($3,838.70); Ex Turner 40"-Spicers ($4,471.87); Shart-Shoot H Press ($3,446); Speedotron 102CCS ($916.02); P725 Semi-Auto Strap ($841.24); Press Specialties Univer ($5,995); T203/E Control Unit ($1,151.62) Shelving for Plates ($940); Big Bench Cutting Tab ($1,042.67); Ultimate Electric Punch ($8,520.70); Coil Die ($573.65); Deluxe/Bost Head 25 ($3,021.35); NDI Diginip Roller Press ($2,106.39); Inline Tabber ($6,154.78); ShrinkWrap Machine ($3,500); Summa 63" S160 TS ($9,434.35); Uniplan E Overlap ($3,628); GBC Falcon 3064 ($24,520.13); Bottleless Water ($695); Large Format Digit ($1,611.43); IMAC ($2,470.76); Multi CMC Router ($111,952); Fuji HD 2504 ($162,007); Compressor Unit ($2,602); Dryer & Filter ($1,179.95); Blade Adapter ($610); PT Prolific Techno ($2,266.68); Holder - Collet ($1,289.51); H Xtreme Color Monitor ($1,227.59). Valuation Method: Replacement (See Footnote) | 434,499.52 | 434,499.52 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page:  2-5

**Case No.:**  19-50505- BTF

**Case Name:**  Western Robidoux, Inc.

**For Period Ending:**  09/07/2022

**Trustee Name:**  (450110) Jill D. Olsen

**Date Filed (f) or Converted (c):**  07/07/2021 (c)

**§ 341(a) Meeting Date:**  09/23/2021

**Claims Bar Date:**  10/18/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 47* | XRT Eye One Scanning Tablet ($1,425.22); B & H Photo ($1,190.54); Videojet 4320 Ink Jet ($33,898.52); Printmaters 46 ($57,800); Multicam Digitizer ($500.00); Accessories to Floding Equip ($2,794); Drexel Forklift ($5,000); Crown Stockpicker Forklift ($3,500); Fuji/Xerox 7002G Digital CC ($159,688); Videojet ($2,141.83); Honda Snow Blower ($2,777.53) Kit Field Install Feeder ($5,185); Chariot 20 130AH ($5,801.43); Big Bench Cutting Table ($1,665); Skyjack Scissor Lift ($3,321); Warehouse Shelving ($4,900); C-4 Intermail Mastermail ($25,500); Linx 3 Tabber ($12,600); AC 52 w/ Stanard Equip ($62,000); New PC and Rampage Upgrade ($13,050); Match & Print System ($7,500); Film Bander ($13,696.80); Kalfass ShrinkWrap Machine ($11,000); Paragon Labeler ($1,500); Steamfeeder Model 1-SN ($1,200); Workflow Solutions ($24,966); Fuji Javelin 8300 S ($80,448); MacbookAair 11.6 ($2,317,610; Server Cabinet and Castel ($1,272.82); Ipad and Imac w/Software ($5,984.76);Headphones & Mic Cables ($1,237.86); Match & Print System ($7,500); Moll Regal Folder Gluer ($110,800); Multifeeder Model 3501P ($30,350); Polar 115XT Cutter ($170,750); Pallett Forks ($931.60); TH-56-4/4P Stahlfolder ($95,561); Addrex/Addresser ($6,900); HT 131 Polesaw ($649.99); FS3100 Trimmer ($559.99); Refrigerated Air Dryder ($1,764). Valuation Method: Replacement (See Footnote) | 875,430.22 | 875,430.22 | | 577.00 | FA |
| 48* | 15 HP Air Compressor ($5,203.04); TH 82 Stahlfolder ($204,939); Shelving-New Warehouse ($31,800.78); 2- 35 MM Stahl or MBO Micr ($2,244); MA MFG Stetch Wrapper ($1,750); Ipads ($1,065.33); Shelving - New Warehouse ($3,268.48); Tank-Washer/Soak Brush ($1,175.87); Bace Baler V6311D ($9,717.75); 72" Root Grapple ($3,779.13); 7 Station Mail Crafter Ins ($12,500); Baumfolder Ultrafold 71 ($6,984); Quick Finish UV Coating System ($59,203.66); Toyota F'orklift #711BW23-4 ($4,524.31); Challenge Single Corner ($5,395.50). Valuation Method: Replacement (See Footnote) | 353,550.07 | 353,550.07 | | 0.00 | FA |
| 49* | Polar 66 Paper Cutter 7 DC. Valuation Method: Replacement (See Footnote) | 43,090.00 | 43,090.00 | | 0.00 | FA |
| 50* | 30K Main Processor. Valuation Method: Replacement (See Footnote) | 1,412.61 | 1,412.61 | | 0.00 | FA |
| 51* | Welder & Plasma Cutter. Valuation Method: Replacement (See Footnote) | 5,780.60 | 5,780.60 | | 0.00 | FA |
| 52* | Pkg Arcstation 60SX w/Accessories. Valuation Method: Replacement (See Footnote) | 1,624.70 | 1,624.70 | | 0.00 | FA |
| 53* | Shelving - Warehouse Building. Valuation Method: Replacement (See Footnote) | 4,596.90 | 4,596.90 | | 0.00 | FA |
| 54* | SM52/XL75 & QM46 Punch Set. Valuation Method: Replacement (See Footnote) | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 55* | XL 75-5 +L-F Press. Valuation Method: Replacement (See Footnote) | 1,276,000.00 | 1,276,000.00 | | 0.00 | FA |
| 56* | Multimatic200 Kit. Valuation Method: Replacement (See Footnote) | 739.06 | 739.06 | | 0.00 | FA |
| 57* | Muller Martini Apollo St. Valuation Method: Replacement (See Footnote) | 13,215.00 | 13,215.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page:  2-6

**Case No.:**   19-50505- BTF

**Case Name:**   Western Robidoux, Inc.

**For Period Ending:**   09/07/2022

**Trustee Name:**   (450110) Jill D. Olsen

**Date Filed (f) or Converted (c):**   07/07/2021 (c)

**§ 341(a) Meeting Date:**   09/23/2021

**Claims Bar Date:**   10/18/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 58* | UV Lamp & Software. Valuation Method: Replacement (See Footnote) | 45,000.00 | 45,000.00 | | 0.00 | FA |
| 59* | XL 75-5 + L-F Simco Sheet Cle. Valuation Method: Replacement (See Footnote) | 13,000.00 | 13,000.00 | | 0.00 | FA |
| 60* | Medium Clincher Plate. Valuation Method: Replacement (See Footnote) | 4,106.00 | 4,106.00 | | 0.00 | FA |
| 61* | Superior PHS XMI Friction. Valuation Method: Replacement (See Footnote) | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 62 | Shelving for Bldg 3. Valuation Method: Replacement | 2,250.81 | 2,250.81 | | 11.00 | FA |
| 63* | Rebuilt OS-1620 Sealer. Valuation Method: Replacement (See Footnote) | 7,215.00 | 7,215.00 | | 0.00 | FA |
| 64* | Teardrop Upright Beams. Valuation Method: Replacement (See Footnote) | 2,005.23 | 2,005.23 | | 0.00 | FA |
| 65* | Bar Code Machine. Valuation Method: Replacement (See Footnote) | 2,191.50 | 2,191.50 | | 0.00 | FA |
| 66 | Shelving. Valuation Method: Replacement | 1,779.80 | 1,779.80 | | 283.00 | FA |
| 67* | Mercure Model 720 Saturn. Valuation Method: Replacement (See Footnote) | 6,212.00 | 6,212.00 | | 0.00 | FA |
| 68* | Mutoh Value Jet 1618. Valuation Method: Replacement (See Footnote) | 26,468.00 | 26,468.00 | | 0.00 | FA |
| 69* | Space Humidifier. Valuation Method: Replacement (See Footnote) | 2,443.60 | 2,443.60 | | 0.00 | FA |
| 70* | Feeder/Dropper/Conveyor. Valuation Method: Replacement (See Footnote) | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 71 | Debtor is holder of intellectual property rights in several different kinds of software used in its business. | Unknown | 250,000.00 | | 0.00 | 250,000.00 |
| 72 | Claim against Breht Burri and Infodeli, LLC for recovery of costs and reasonable attorney's fees as prevailing party on copyright claim. Amount Requested: $0.00 | Unknown | 698,302.00 | | 0.00 | 698,302.00 |
| 73 | Conversion versus Breht Burri and Infodeli, LLC. Amount Requested: $0.00 | Unknown | 500,000.00 | | 0.00 | 500,000.00 |
| 74 | Violation of the Missouri Computer Tampering Act versus Breht Burri and Infodeli, LLC. Amount Requested: $0.00 | Unknown | 500,000.00 | | 0.00 | 500,000.00 |
| 75 | Violation of the Computer Fraud and Abuse Act 18 USC 1030 et seq against Breht Burri and Infodeli, LLC. Amount Requested: $0.00 | Unknown | 500,000.00 | | 0.00 | 500,000.00 |
| 76 | Tortious Interference with Contract or Business Expectancy against Breht Burri and Infodeli, LLC. Amount Requested: $0.00 | Unknown | 500,000.00 | | 0.00 | 500,000.00 |
| 77* | Retainer held by Merrick Baker and Strauss (See Footnote) | 43,933.00 | 43,933.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:  2-7

**Case No.:**   19-50505- BTF

**Case Name:**   Western Robidoux, Inc.

**For Period Ending:**   09/07/2022

**Trustee Name:**   (450110) Jill D. Olsen

**Date Filed (f) or Converted (c):**   07/07/2021 (c)

**§ 341(a) Meeting Date:**   09/23/2021

**Claims Bar Date:**   10/18/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 78* | Retainer held by German May (See Footnote) | 45,011.73 | 45,011.73 | | 0.00 | FA |
| 79 | Overpayment of Worker's Comp Policy (u) | 0.00 | 4,207.00 | | 4,207.00 | FA |
| 80 | Health Insurance Premium Rebate for 2020 (u) | 0.00 | 48.72 | | 48.72 | FA |
| 81 | Refund of overpayment of Missouri Unemployment Tax (u) | 0.00 | 110.07 | | 110.07 | FA |
| 82 | Macbook computer | 2,914.27 | 2,914.27 | | 0.00 | 2,914.27 |
| 83 | Computer | 859.62 | 859.62 | | 0.00 | 859.62 |
| 84 | Excalibur 1000 Ser | 1,624.00 | 1,624.00 | | 0.00 | 1,624.00 |
| 85* | Rampage Intel Dua (See Footnote) | 5,820.69 | 5,820.69 | | 0.00 | FA |
| 86 | Quickbooks Enter | 2,901.82 | 2,901.82 | | 0.00 | 2,901.82 |
| 87 | Software | 2,970.00 | 2,970.00 | | 0.00 | 2,970.00 |
| 88 | 3 Macs and 1 Power Mac Pro | Unknown | 9,231.14 | | 0.00 | 9,231.14 |
| 89* | Imac Software (Creatives) (See Footnote) | 2,833.64 | 2,833.64 | | 0.00 | FA |
| 90* | Printsmith Workstation (See Footnote) | 1,037.04 | 1,037.04 | | 0.00 | FA |
| 91* | Software (See Footnote) | 291.09 | 291.09 | | 0.00 | FA |
| 92 | PC Workstation | 1,288.00 | 1,288.00 | | 0.00 | 1,288.00 |
| 93 | PC Connection | 1,966.04 | 1,966.04 | | 0.00 | 1,966.04 |
| 94* | Rampage Shooter 2UP Software (See Footnote) | 7,514.90 | 7,514.90 | | 0.00 | FA |
| 95 | Barcode Computer | 642.95 | 642.95 | | 0.00 | 642.95 |
| 96* | Rampage Variable Data Software (See Footnote) | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 97 | Pace System Software | 97,550.00 | 97,550.00 | | 0.00 | 97,550.00 |
| 98* | Color-Logic Software (See Footnote) | 5,535.00 | 5,535.00 | | 0.00 | FA |

## Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 2-8

**Case No.:** 19-50505- BTF

**Case Name:** Western Robidoux, Inc.

**For Period Ending:** 09/07/2022

**Trustee Name:** (450110) Jill D. Olsen

**Date Filed (f) or Converted (c):** 07/07/2021 (c)

**§ 341(a) Meeting Date:** 09/23/2021

**Claims Bar Date:** 10/18/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 99 | Lexjet Stylus Pro | 5,267.00 | 5,267.00 | | 0.00 | 5,267.00 |
| 100 | Imac | 1,956.59 | 1,956.59 | | 0.00 | 1,956.59 |
| 101 | Computer for Office | 2,165.00 | 2,165.00 | | 0.00 | 2,165.00 |
| 102* | New Phone System (See Footnote) | 377.00 | 377.00 | | 0.00 | FA |
| 103 | Rubbermaid Computer; Desks; Audio/Video Shelving; Laptops, Camera Stand; PCH System; Dell and Apple Computers; Monitors; PCA Sysstem; Flash Drive Copy Cruiser; Mac Mini's; Ipad; TZ Wireless-N; MBP Flash Computers; Flash Drives; Ipods; Ipads; Shredder; Security Cameras; C300 Digital Copier; C320DNColor Printers; Telephones; MBP 13.3 | 148,201.57 | 148,201.57 | | 0.00 | 148,201.57 |
| 104 | Dell Sonicwall TZ500 | 1,581.95 | 1,581.95 | | 0.00 | 1,581.95 |
| 105 | MBAIR 13.3 | 1,794.94 | 1,794.94 | | 0.00 | 1,794.94 |
| 106 | IMAC 21 | Unknown | 1,467.62 | | 0.00 | 1,467.62 |
| 107 | Forklift (u) | Unknown | 6,771.00 | | 6,771.00 | FA |
| 108 | Federal Tax Refund (u) | 51,790.00 | 51,790.00 | | 0.00 | 51,790.00 |
| 109 | Whole life policy insuring the life of Connie Burri. Cash value is approximately $52,000 (u) | 52,000.00 | 52,000.00 | | 0.00 | 52,000.00 |
| INT | INTEREST (u) | Unknown | N/A | | 22.59 | Unknown |
| **110** | **Assets**     **Totals**     (Excluding unknown values) | **$7,247,353.85** | **$10,219,322.58** | | **$913,055.24** | **$3,353,779.57** |

RE PROP# 1      Current trustee value updated per conversion schedules filed on 8-27-21 (Doc. #330)

RE PROP# 2      Asset liquidated during Chapter 11 and prior to conversion to Ch 7

RE PROP# 3      Asset liquidated during Chapter 11 and prior to conversion to Ch 7

RE PROP# 4      Current trustee value updated per conversion schedules filed on 8-27-21 (Doc. #330)

RE PROP# 5      Current trustee value updated per conversion schedules filed on 8-27-21 (Doc. #330). Sold at auction during Ch 11, per order dated 12-23-20 (Doc. #227).

RE PROP# 7      Current trustee value updated per conversion schedules filed on 8-27-21 (Doc. #330). Sold at auction during Ch 11, per order dated 12-23-20 (Doc. #227).

RE PROP# 8      Current trustee value updated per conversion schedules filed on 8-27-21 (Doc. #330). Sold at auction during Ch 11, per order dated 12-23-20 (Doc. #227).

# Form 2

## Cash Receipts And Disbursements Record

Page: 3-1

| Case No.: | 19-50505- BTF | Trustee Name: | Jill D. Olsen (450110) |
|---|---|---|---|
| Case Name: | Western Robidoux, Inc. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0171 | Account #: | ******6103 Money Market Account |
| For Period Ending: | 09/07/2022 | Blanket Bond (per case limit): | $1,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| 07/13/21 | {1} | WESTERN ROBIDOUX INC | Turnover of Chapter 11 Funds from DIP | 1129-000 | 897,906.95 | | 897,906.95 |
| 08/04/21 | {79} | Travelers Property Casualty - Missouri Workers Comp Plan | Overpayment of work comp policy | 1229-000 | 4,207.00 | | 902,113.95 |
| 08/04/21 | {4} | Pittman Printing | Payment on invoice | 1121-000 | 214.68 | | 902,328.63 |
| 08/04/21 | 101 | Missouri Department of Revenue | Feb 2021 Sales Tax, MO ID #10068783 | 2820-000 | | 132.88 | 902,195.75 |
| 08/04/21 | 102 | WM Corporate Services, Inc. | Invoice #*******-*853-3 | 2690-000 | | 134.46 | 902,061.29 |
| 08/04/21 | 103 | Suddenlink Communications | Acct #*****-*****6-01-1 Voided on 08/04/2021 | 2690-004 | | 786.90 | 901,274.39 |
| 08/04/21 | 103 | Suddenlink Communications | Acct #*****-*****6-01-1 Voided: check issued on 08/04/2021 | 2690-004 | | -786.90 | 902,061.29 |
| 08/04/21 | 104 | Suddenlink Communications | Acct #*****-*****6-01-1 | 2690-000 | | 383.45 | 901,677.84 |
| 08/04/21 | 105 | Spire | Acct #******1111 | 2690-000 | | 366.14 | 901,311.70 |
| 08/04/21 | 106 | Heritage  - Crystal Clean LLC | Invoice #16912899 | 2690-000 | | 450.00 | 900,861.70 |
| 09/01/21 | {4} | Pittman Printing | Payment of A/R | 1121-000 | 392.09 | | 901,253.79 |
| 09/01/21 | {4} | American Angus Association | Payment of A/R | 1121-000 | 267.67 | | 901,521.46 |
| 09/02/21 | 107 | Peter Burri | Compensation for assistance with moving | 2690-720 | | 237.50 | 901,283.96 |
| 09/02/21 | 108 | Lisa Gann | Compensation for assistance with moving | 2690-720 | | 168.75 | 901,115.21 |
| 09/02/21 | 109 | Martha Scott | Compensation for assistance with moving | 2690-720 | | 455.16 | 900,660.05 |
| 09/02/21 | 110 | Michael Taylor | Compensation for assistance with moving | 2690-720 | | 248.91 | 900,411.14 |
| 09/02/21 | 111 | Heritage - Crystal Clean, LLC | Invoice #16942263 | 2690-000 | | 6,114.05 | 894,297.09 |
| 09/02/21 | 112 | Missouri American Water | Acct No. ****-*******0086 | 2690-000 | | 11.36 | 894,285.73 |
| 09/03/21 | {4} | QTS | Payment on outstanding invoice | 1121-000 | 125.00 | | 894,410.73 |
| 09/03/21 | {4} | Vedco | Payment on outstanding invoice | 1121-000 | 199.44 | | 894,610.17 |
| 09/14/21 | {4} | Thompson Financial Partners | Payment of past due invoice | 1121-000 | 23.75 | | 894,633.92 |
| 09/24/21 | {4} | Virox Technologies, Inc. | Payment of invoice | 1121-000 | 30.80 | | 894,664.72 |
| 09/28/21 | {80} | United Healthcare Insurance Company | Health insurance premium rebate | 1229-000 | 48.72 | | 894,713.44 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,388.42 | 893,325.02 |
| 10/01/21 | {4} | Pittman Printing | payment on invoice | 1121-000 | 147.24 | | 893,472.26 |
| 10/11/21 | {81} | Western Robidoux c/o CBIZ | UE Refund from payroll processing company | 1229-000 | 110.07 | | 893,582.33 |

| | | | Page Subtotals: | | $903,673.41 | $10,091.08 | |

{ } Asset Reference(s)                                                                                                  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 3-2

| Case No.: | 19-50505- BTF | Trustee Name: | Jill D. Olsen (450110) |
|---|---|---|---|
| Case Name: | Western Robidoux, Inc. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0171 | Account #: | ******6103 Money Market Account |
| For Period Ending: | 09/07/2022 | Blanket Bond (per case limit): | $1,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposit $ | 6 Disbursement $ | 7 Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,384.33 | 892,198.00 |
| 11/08/21 | {4} | Pittman Printing | invoice payment | 1121-000 | 313.50 | | 892,511.50 |
| 11/08/21 | 113 | Liechti Franken & Young, LLC | Per court order 11-3-21 (Doc. #349) | 3410-000 | | 5,225.00 | 887,286.50 |
| 11/08/21 | 114 | New York Life Insurance & Annuity Corp | Policy #60315976 | 2420-750 | | 1,000.00 | 886,286.50 |
| 11/16/21 | 115 | GM Law PC | Attorney fees per court order 10-21-21 (Doc. #346) - partial payment | 3210-000 | | 50,000.00 | 836,286.50 |
| 11/19/21 | | United States Treasury | Overpayment of UST quarterly fees | 1290-000 | 274.00 | | 836,560.50 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,505.74 | 835,054.76 |
| 12/02/21 | 116 | CBIZ HCM | Invoice #2678612 | 2690-000 | | 336.40 | 834,718.36 |
| 12/08/21 | {4} | Pittman Printing | payment on A/R | 1121-000 | 260.74 | | 834,979.10 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 600.00 | 834,379.10 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 600.00 | 833,779.10 |
| 02/02/22 | 117 | Credit Control Corporation | Optimum Acct #****-***906-1 | 2420-000 | | 640.73 | 833,138.37 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 600.00 | 832,538.37 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 600.00 | 831,938.37 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 600.00 | 831,338.37 |
| 05/10/22 | | Mayo Auction & Realty Inc. | Net sales proceeds from auction per court order dated 3-30-22 (Doc. #369) | | 6,727.26 | | 838,065.63 |
| | {107} | | Auction sale proceeds per court order dated 3-30-22 (Doc. #369)  $6,771.00 | 1229-000 | | | |
| | {47} | | Auction sale proceeds per court order dated 3-30-22 (Doc. #369)  $577.00 | 1129-000 | | | |
| | {66} | | Auction sale proceeds per court order dated 3-30-22 (Doc. #369)  $283.00 | 1129-000 | | | |
| | {23} | | Auction sale proceeds per court order dated 3-30-22 (Doc. #369)  $53.00 | 1129-000 | | | |

|  |  | Page Subtotals: | $7,575.50 | $63,092.20 |
|---|---|---|---|---|

{ } Asset Reference(s)

! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 19-50505- BTF | |
| **Case Name:** | Western Robidoux, Inc. | |
| **Taxpayer ID #:** | **-***0171 | |
| **For Period Ending:** | 09/07/2022 | |

| | |
|---|---|
| **Trustee Name:** | Jill D. Olsen (450110) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******6103 Money Market Account |
| **Blanket Bond (per case limit):** | $1,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {16} | | Auction sale proceeds per court order dated 3-30-22 (Doc. #369) $215.00 | 1129-000 | | | |
| | {62} | | Auction sale proceeds per court order dated 3-30-22 (Doc. #369) $11.00 | 1129-000 | | | |
| | {43} | | Auction sale proceeds per court order dated 3-30-22 (Doc. #369) $82.00 | 1129-000 | | | |
| | {30} | | Auction sale proceeds per court order dated 3-30-22 (Doc. #369) $240.00 | 1129-000 | | | |
| | {43} | | Auction sale proceeds per court order dated 3-30-22 (Doc. #369) $553.00 | 1129-000 | | | |
| | | Mayo Auction & Realty | Auctioneer's commission allowed per court order 6-7-22 (Doc. #375) -$1,317.75 | 3610-000 | | | |
| | | Mayo Auction & Realty | Auctioneer's expenses allowed per court order 6-7-22 (Doc. #375) -$739.99 | 3620-000 | | | |
| 05/18/22 | 118 | New York Life Insurance & Annuity Corp | Policy #60315976 | 2420-750 | | 1,000.00 | 837,065.63 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 600.00 | 836,465.63 |
| 06/27/22 | 119 | Jill D. Olsen | Interim expenses allowed per court order 6-27-22 (Doc. #377) | 2200-000 | | 10,569.41 | 825,896.22 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 600.00 | 825,296.22 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 600.00 | 824,696.22 |
| 08/31/22 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 22.59 | | 824,718.81 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,453.95 | 823,264.86 |
| | | | Page Subtotals: | | $22.59 | $14,823.36 | |

{ } Asset Reference(s)                                                                                          ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 3-4

| | |
|---|---|
| **Case No.:** | 19-50505- BTF |
| **Case Name:** | Western Robidoux, Inc. |
| **Taxpayer ID #:** | **-***0171 |
| **For Period Ending:** | 09/07/2022 |

| | |
|---|---|
| **Trustee Name:** | Jill D. Olsen (450110) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******6103 Money Market Account |
| **Blanket Bond (per case limit):** | $1,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| | | | |
|---|---|---|---|
| **Account** | | | |
| | Balance Forward | 0.00 | |
| 15 | Deposits | 13,341.96 | |
| 1 | Interest Postings | 22.59 | |
| | Subtotal | 13,364.55 | |
| 1 | Adjustments In | 897,906.95 | |
| 0 | Transfers In | 0.00 | |
| | Total | 911,271.50 | |

| | | |
|---|---|---|
| 19 | Checks | 77,474.20 |
| 12 | Adjustments Out | 10,532.44 |
| 0 | Transfers Out | 0.00 |
| | Total | 88,006.64 |

Page Subtotals:    $0.00    $0.00

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page:  3-5

| | | | |
|---|---|---|---|
| **Case No.:** | 19-50505- BTF | **Trustee Name:** | Jill D. Olsen (450110) |
| **Case Name:** | Western Robidoux, Inc. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0171 | **Account #:** | ******6103 Money Market Account |
| **For Period Ending:** | 09/07/2022 | **Blanket Bond (per case limit):** | $1,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $911,271.50 |
| Plus Gross Adjustments: | $2,057.74 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $913,329.24 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6103 Money Market Account | $911,271.50 | $88,006.64 | $823,264.86 |
| | **$911,271.50** | **$88,006.64** | **$823,264.86** |

# Exhibit B

BIVI / BIAH Financials

# Summary Report

# 2021



## Financial Highlights

| Amounts in million EUR, unless otherwise indicated | 2021 | 2020 | Change |
|---|---|---|---|
| Net sales | 20,618 | 19,566 | +5% |
| Research and development | 4,127 | 3,696 | +12% |
| Personnel expenses | 5,692 | 5,587 | +2% |
| Average number of employees | 52,391 | 51,944 | +1% |
| Operating income | 4,705 | 4,624 | +2% |
| − as % of net sales | 22.8 | 23.6 | |
| Group profit | 3,406 | 3,062 | +11% |
| − as % of net sales | 16.5 | 15.6 | |
| Group equity | 19,331 | 17,307 | +12% |
| Equity ratio | 48% | 47% | |
| Investments in tangible assets | 968 | 1,046 | −7% |
| Depreciation of tangible assets | 609 | 602 | +1% |

**Net sales by region (in million EUR)**

|  | 2021 | 2020 | Change |
|---|---|---|---|
| Americas | 9,147 | 8,889 | + 3 % |
| Europe | 6,554 | 5,879 | + 11 % |
| Asia / Australia / Africa (AAA) | 4,917 | 4,798 | + 2 % |

**Net sales by business (in million EUR)**

|  | 2021 | 2020 | Change |
|---|---|---|---|
| Human Pharma | 15,294 | 14,415 | + 6 % |
| Animal Health | 4,295 | 4,121 | + 4 % |
| Biopharmaceutical Contract Manufacturing | 917 | 837 | + 10 % |
| Other sales | 33 | 33 | + 0 % |
| Discontinued operations | 79 | 160 | − 51 % |

## Our Company

Boehringer Ingelheim is working on break-through therapies that transform lives, today and for generations to come. The research-driven biopharmaceutical company focuses on diseases for which no satisfactory treatment option exists to date. In Animal Health, Boehringer Ingelheim stands for advanced prevention.

Family-owned since it was established in 1885, Boehringer Ingelheim is one of the pharmaceutical industry's top 20 companies. More than 52,000 employees create value through innovation daily for the three business areas Human Pharma, Animal Health, and Biopharmaceutical Contract Manufacturing.

### Average number of employees by region

|  | 2021 | 2020 | Change |
|---|---|---|---|
| Americas | 13,187 | 13,176 | +0% |
| Europe | 28,266 | 27,379 | +3% |
| Asia / Australia / Africa (AAA) | 10,938 | 11,389 | −4% |
|  | 52,391 | 51,944 | +1% |

**Top 4 products**

**Net sales (in million EUR)**

|  | 2021 | Change |
|---|---|---|
| JARDIANCE® family | 3,940 | + 26 % |
| OFEV® | 2,491 | + 21 % |
| TRAJENTA® / JENTADUETO® | 1,552 | + 3 % |
| SPIRIVA® | 1,548 | − 14 % |
| PRADAXA® | 1,318 | − 12 % |

**Animal Health**
**4,295 million EUR (+4%)**

**Top 4 products**

**Net sales (in million EUR)**

|  | 2021 | Change |
|---|---|---|
| NEXGARD® | 916 | + 14 % |
| FRONTLINE® | 418 | + 3 % |
| HEARTGARD® | 307 | − 2 % |
| INGELVAC CIRCOFLEX® / FLEXCOMBO® | 253 | − 4 % |



# Americas

**9,147 million EUR (+ 3 %)**

The Americas region remained the company's
most important sales market with a 44 % share
of total sales. The USA is the most important
market with sales of 7,552 million EUR.



# Europe

**6,554 million EUR (+ 11 %)**

The Europe region accounted for 32 % of
total sales. Germany is the most important
market with sales of 1,867 million EUR.



# Asia/Australia/
# Africa (AAA)

**4,917 million EUR (+2%)**

The AAA region's share of total sales
was 24%. Japan is the most important
market with sales of 1,475 million EUR.

## Research and Development

Boehringer Ingelheim's focus is on the research and development of innovative medicines and therapies for humans and animals. Innovation is thus decisive for the future of the company.

Boehringer Ingelheim operates major R&D centers for Human Pharma in, among other places, Germany (Biberach), the USA (Ridgefield), and Austria (Vienna), and 18 R&D sites for Animal Health in Europe, Asia, and America.

The company supplements its own broad R&D portfolio with partnerships involving academic institutions, biotech companies, and public research institutions around the world.

**Research and development**

|  | 2021 | 2020 |
|---|---|---|
| Expenses in million EUR | 4,127 | 3,696 |
| – as % of net sales | 20.0 | 18.9 |
| Human Pharma expenses in million EUR | 3,710 | 3,283 |
| – as % of Human Pharma net sales | 24.3 | 22.8 |
| Animal Health expenses in million EUR | 416 | 412 |
| – as % of Animal Health net sales | 9.7 | 10.0 |
| Average number of employees | 10,109 | 9,504 |
| Investments in tangible assets in million EUR (without investments in infrastructure) | 242 | 181 |

**C.H. Boehringer Sohn AG & Co. KG**
Binger Strasse 173
55216 Ingelheim
Germany
Telephone + 49 6132 77-0
Fax + 49 6132 72-0

**Contact**
Corporate Affairs
Matthias Reinig
press@boehringer-ingelheim.com
boehringer-ingelheim.com

**Issued by**
C.H. Boehringer Sohn AG & Co. KG

**Concept, design, and layout**
3st kommunikation GmbH, Mainz
www.3st.de

**Printed by**
Eberl & Koesel GmbH & Co. KG, Altusried-Krugzell

**Copyright**
© C.H. Boehringer Sohn AG & Co. KG, 2022

All rights reserved. No part of this Annual Report 2021
may be reproduced or transmitted in any form or by any
means, electronic or photocopy, without permission in
writing from C.H. Boehringer Sohn AG & Co. KG. Figures
from third parties used in the annual report are based
on data available at the time the financial statement
was drawn up.

# Exhibit C

Ceva Financials Press Release



# [Together, beyond animal health](#)

| Select your country |
| --- |



[Corporate Website](#)

[Africa](#)

[Argentina](#)

[Asia](#)

[Australia](#)

[Belgium](#)

[Brazil](#)

[Bulgaria](#)

[Canada (EN)](#)

[Chile](#)

[China](#)

[Denmark](#)

[Egypt](#)

[France](#)

- [Germany](#)
- [Greece](#)
- [Hungary](#)
- [Indonesia](#)
- [Italia](#)
- [India](#)
- [Japan](#)
- [Korea](#)
- [Malaysia](#)
- [Mexico](#)
- [Middle East](#)
- [Netherlands](#)
- [Peru](#)
- [Philippines](#)

- [Poland](#)
- [Portugal](#)
- [Romania](#)
- [Russia](#)
- [South Africa](#)
- [Spain](#)
- [Sweden](#)
- [Thailand](#)
- [Tunisia](#)
- [Turkey](#)
- [Ukraine](#)
- [United Kingdom](#)
- [USA](#)
- [Vietnam](#)

You are leaving the country website to access another site in the group.

Regulatory constraints and medical practices vary from country to country. Consequently, the information provided on the site in which you enter may not be suitable for use in your country.

Search

Search

Search

Menu

About Us
Companion Animals    Company Overview    History in the U.S.    Our vision    Our values    Sustainability    Research and development    Production    Global Presence
Poultry
Swine    Combining protection by the extensive range of Vector vaccines    Customized vaccines for your unique needs
News & Media
Careers    News Releases & Articles About Ceva    Events    News Archive    Media Resources
    U.S. Jobs    International Job Opportunities
Contact us
    Customer Service    Pharmacovigilance    Address and phone



Home
>
News & Media
>
News Releases & Articles About Ceva
>
Ceva Returns Strong Double-Digit Growth in 2019; Plans to Double sales by 2020.

# Ceva Returns Strong Double-Digit Growth in 2019; Plans to Double sales by 2020.

Consolidated sales of the Ceva Group reached more than €1.2 billion in 2019.

*Libourne, 12 March 2020* - Consolidated sales of the Ceva Group reached more than €1.2 billion in 2019 as the company returned to strong double-digit growth (+14.6%).

The start of 2020 was marked by the renewal of its shareholding structure with new long-term partners investing alongside management and historic minority investors with the aim of ensuring the continued independent development of the group.

In 2019, Ceva posted growth of 14.6% (AER) on the previous year (10.4% CER), with sales of more than €1.2 billion. In 20 years, the French-based multinational has multiplied its sales by 10. Today, the group is directly present in 46 countries, and recorded positive growth in all geographical zones: Europe +14%, Africa/Middle East/Eastern Europe/Turkey/Russia +17%, **North America /Pacific +21%**, Latin America +24% and Asia +3%.

All species grew, with the strongest performance in poultry (+22%), followed by swine (+13%), companion animals (+9%) and ruminants (+7%).

# New Ambition 2025 plan: focuses on a virtuous circle of growth to double sales

Ceva recently concluded its 5th finance round with 4 new strategic investors (Téthys Inves - France, PSP - Canada, Mitsui - Japan, Klocke Gruppe - Germany) investing alongside management. This round of financing will give the group all the resources it requires to continue its exponential growth and double sales by 2025.

# Continued investment in R&D and industrial centers

The group invested close to 11% of its sales in R&D during 2019, as it gets closer to its stated objective of achieving a 50:50 split between vaccine and pharmaceutical sales. To achieve this, it also invests over €100 million each year in its industrial facilities around the world. Some of the highlights during 2019 included:

- The completion of a Global centre for innovation of companion animal products at the Ceva Laval Campus, France.
- The creation near Angers, France of the first reference site in Europe for the design and manufacture of veterinary autovaccines (inauguration H1 2020)
- The development of a new Global Innovation Centre for swine vaccines in Dessau, Germany

*"This year we invested nearly 11% of our sales revenues in R&D to support our innovation strategy. We completed the construction of the Ceva Laval Campus, our new global innovation center for companion animals based in Laval, France, all of which give us a strong base as we enter our new Ambition 2025 strategic plan"*, commented Dr. Marc Prikazsky, President & CEO of Ceva. *"Another key event that marked 2019 was the acquisition of the veterinary activities of IDT Biologika in Germany which has allowed us to strengthen our expertise and R&D in swine vaccines. I'm delighted how quickly the new campus in Dessau has become part of Ceva."*

Also in the News & Media section

- [News Releases & Articles About Ceva](#)

- [Events](#)

- [Ceva News Archive](#)

- [Media Resources](#)

Share :

Back to top

# Contact us

**Ceva Animal Health, LLC**
8735 Rosehill Road, #300 - Lenexa, KS 66215
Companion Animal: 800-999-0297
Poultry & Swine: 877-794-0230

[Ceva Vaccine Production: 913-894-0230](#) Ceva Vaccine Production: 913-894-0230 [8901 Rosehill Road - Lenexa, KS 66215](#) 8901 Rosehill Road - Lenexa, KS 66215

[product-support-us-group@ceva.com](#)

# Our main websites

- [Vectra](#)
- [Feliway](#)
- [Adaptil](#)
- [See all our products](#)

[All our websites](#)

[Ceva Corporate website](#)

Find us on social networks :

- © Ceva 2022
- [Sitemap](#)
- [Cookies Policy](#)
- [Privacy policy](#)
- [Pharmacovigilance](#)

9/5/22, 3:38 AM
Case 21-04008-btf  Doc 55-2  Filed 09/16/22  Entered 09/16/22 19:10:43  Desc
Exhibit Grimm Declaration Exhibits    Page 43 of 43

Ceva Returns Strong Double-Digit Growth in 2019, Plans to Double sales by 2020 | News Releases Articles About Ceva / News …

- [RSS](#)
- [Legal notice](#)