IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 19-50505-btf |
| WESTERN ROBIDOUX, INC. | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| WESTERN ROBIDOUX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. 21-04008-btf |
| | ) | |
| CEVA ANIMAL HEALTH, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| WESTERN ROBIDOUX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. 21-04009-btf |
| | ) | |
| BOEHRINGER INGLEHEIM ANIMAL HEALTH USA, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING TRUSTEE/PLAINTIFF'S MOTION
TO APPROVE SETTLEMENT AND COMPROMISE**

The matter before the court is Trustee/Plaintiff's Motion to Approve Settlement and

Compromise ("Motion") with CEVA Animal Health, LLC ("CEVA") and Boehringer Ingleheim

Animal Health USA, Inc. ("Boehringer"), which the Trustee filed at Docket No. 381 in chapter

7 Case No. 19-50505, at Docket No. 52 in Adversary Proceeding No. 21-4008, and at Docket No. 69 in Adversary Proceeding No. 21-4009.

The court has reviewed the Motion and the objections of Breht Burri, TooBaRoo, LLC, and InfoDeli, LLC and considered the evidence and arguments presented during the evidentiary hearing conducted on the Motion on November 9, 2022. Based on the court's findings of fact and conclusions of law stated on the record on November 15, 2022, the court hereby GRANTS the Motion and approves the Trustee/Plaintiff's proposed settlement with CEVA and Boehringer.

IT IS SO ORDERED.

Dated: 11/15/2022                                            /s/ Brian T. Fenimore_____
                                                             United States Bankruptcy Judge