Official Form 416A (12/15)

**Form 416A.  CAPTION (FULL)**

# United States Bankruptcy Court

__Western__ District Of __Missouri__

In re  __Western Robidoux, Inc.__ ,
*[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]*

Debtor

Address  __4006 South 40th Street__

__St. Joseph, Missouri 64503__

Case No. __19-50505-btf__

Last four digits of Social-Security or Individual Tax- Payer-Identification (ITIN) No(s)., (if any):  __n/a__

Chapter __7__

_____

Employer's Tax Identification No(s). (if any):  _____

__43-1160171_____

*[Designation of Character of Paper]*

## NOTICE OF APPEAL

Official Form 416D (12/15)

**Form 416D  Caption for Use in Adversary Proceeding**

# United States Bankruptcy Court

__Western__ District Of __Missouri__

In re  __Western Robidoux, Inc.__,

Debtor

__Western Robidoux, Inc.__,

Plaintiff

__Ceva Animal Health LLC__,

Defendant

Case No. 19-50505-btf

Chapter 7

Adv. Proc. No. 21-04008-btf

~~COMPLAINT~~ [*or* other designation]
## NOTICE OF APPEAL

[If in a Notice of Appeal and Statement of Election (see Form 417A) or other notice filed and served by the debtor, the caption must be altered to include the debtor's address and Employer's Tax Identification Numbers(s) or last four digits of Social Security Number(s) as in Form 416A]

Official Form 416D (12/15)

**Form 416D  Caption for Use in Adversary Proceeding**

# United States Bankruptcy Court

__Western__ District Of __Missouri__

In re  __Western Robidoux, Inc.__,

Debtor

__Western Robidoux, Inc.__,

Plaintiff

__Boehringer Ingelheim Animal Health USA Inc.__,

Defendant

Case No. __19-50505-btf__

Chapter __7__

Adv. Proc. No. __21-04009-btf__

~~COMPLAINT~~ [*or* other designation]

## NOTICE OF APPEAL

[If in a Notice of Appeal and Statement of Election (see Form 417A) or other notice filed and served by the debtor, the caption must be altered to include the debtor's address and Employer's Tax Identification Numbers(s) or last four digits of Social Security Number(s) as in Form 416A]

Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): TooBaRoo, LLC, InfoDeli, LLC, Mr. Breht Burri

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☒ Other (describe) Creditors

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☒ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Granting Motion to Approve Settlement (Nov. 15, 2022; Dkt. 412-413 in main case Dkt. 60-61 in Ceva adversary action; Dkt. 77-78 in Boehringer adversary action), as well as all other related orders, judgments, decrees, including but not limited to the order denying the motion to compel / disclose (Oct. 25, 2022, Dkt. 402 in main case and associated entries in adversary actions)

2. State the date on which the judgment, order, or decree was entered: Nov. 15, 2022 (and all related orders, Oct. 25, 2022)

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Western Robidoux, Inc.    Attorney: Mr. Joseph Kronawitter
   2600 Grand Blvd., Suite 1100
   Kansas City, Missouri 64108
   JKronawitter@HAB-Law.com

2. Party: Ceva Animal Health LLC    Attorney: Mr. Nicholas Zluticky
   1201 Walnut Street, Suite 2900
   Kansas City, Missouri 64106
   Nicholas.Zluticky@StinsonLeonard.com

   Boehringer Ingelheim Animal Health USA Inc.    Mr. Nicholas Clifford
   100 South 4th Street, Suite 600
   St. Louis, Missouri 63102
   Nicholas.Clifford@TuckerEllis.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

(Appellants elect to have the appeal heard by the District Court.)

**Part 5: Sign below**

*/s/ Andrew Grimm*  
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: Nov. 28, 2022

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Digital Justice Foundation  
15287 Pepperwood Drive  
Omaha, Nebraska 68154  
(531) 210-2381 Andrew@DigitalJusticeFoundation.org

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]